100 A.3d 571

In re PHILADELPHIA COUNTY TWENTY–
SIXTH ADDITIONAL INVESTIGATING
GRAND JURY, NOTICE C–1.

Petition of Richard Basciano, 2100 West Market Street Corp.,
2132 West Market Realty Corp., STB Investments Corp.

No. 102 EM 2014.

Supreme Court of Pennsylvania.

Sept. 17, 2014.

## ORDER

PER CURIAM.

AND NOW, this 17th day of September, 2014, the Application for Extraordinary Relief Pursuant to 42 Pa.C.S. § 726 and for a Stay of Proceedings Pending Review is DENIED.